**[8advodmd]** [ORDER DENYING MOTION]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                             Case No. 8:13–bk–10667–CPM
                                                   Chapter 7
James Bruce Thornberry
Laura Anne Thornberry

      Debtor(s)     /

James Bruce Thornberry



      Plaintiff(s)
                                                   Adv. Pro. No. 8:14–ap–00027–CPM
vs.

DLJ Mortgage Capital, Inc.

Select Portfolio Servicing, Inc,
Patrick A. Remmert
Brandy Hess

      Defendant(s)     /

ORDER DENYING MOTION FOR ENTRY OF CLERK'S DEFAULT

   THIS ADVERSARY PROCEEDING came on for consideration upon a Motion for Entry of Default filed by EntJames Bruce Thornberry in the above–styled adversary proceeding. Upon consideration of the record, the Court finds that:

   ☐  The record is devoid of any evidence that proper service of process has been made in accordance with Fed. R. Bankr. P. 7004 upon .

   ☐  A responsive pleading has been filed by the Defendant(s).

   ☐  The complaint and summons were not timely served pursuant to Fed. R. Bankr. P. 7004(e).

   ☐  There is no proof of service as required by Fed. R. Bankr. P. 7004(a) and Fed. R. Civ. P. 4(1) evidencing that the complaint and summons were timely served pursuant to Fed. R. Bankr. P. 7004(e).

   ☐  No affidavit of non–military service has been filed pursuant to Local Rule 7055–2.

   ☐  No affidavit in support of allegations has been filed pursuant to Local Rule 7055–2.

☑ The motion does not include the complete statement in compliance with L.R. 7055–2(c) in that it is missing the following item(s):
- ☐ service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedure
- ☑ that no extension of time was sought or obtained by Defendant
- ☐ that the defendant failed to file a responsive pleading or motion within the time specified
- ☐ that the movant seeks an entry of default

Accordingly, it is

**ORDERED** that the Motion for Entry of Default is denied without prejudice.

BY THE COURT

Dated: March 6, 2014

*/s/ Catherine M. McEwen*
_____
Catherine Peek McEwen
United States Bankruptcy Judge

The Clerk's office is directed to serve a copy of this order on interested parties.