UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  Case No: 8:13-bk-10667-CPM
Chapter 7

JAMES BRUCE THORNBERRY
A/K/A JAMES B
A/K/A J BRUCE
A/K/A JB THORNBERRY

LAURA ANNE THORNBERRY
A/K/A LAURA
A/K/A LAURA A THORNBERRY


　　　Debtors.
_____/

JAMES BRUCE THORNBERRY  Adv. Pro. No: 8:14-ap-00027-CPM

　　　Plaintiff

　　　v.

DLJ MORTGAGE CAPITAL, INC.;
PATRICK A. REMMERT;
SELECT PORTFOLIO SERVICING, INC.; and
BRANDY HESS

　　　Defendants.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND NOTICES IN ACCORDANCE WITH RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR ADDITION TO THE MATRIX**

PEARSON BITMAN LLP, c/o Courtney Crossland, Esquire, and Ronnie J. Bitman, Esquire as Counsel for DLJ MORTGAGE CAPITAL, INC., and SELECT PORTFOLIO SERVICING, INC., hereby request service of all pleadings, notices and other papers in this case

in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and would further request addition to the matrix.

    RESPECTFULLY submitted on this day, March 7, 2014.

    PEARSON BITMAN LLP

    /s/Courtney Crossland
Ronnie J. Bitman, Esquire
Florida Bar No.: 0744891
rbitman@pearsonbitman.com
Courtney Crossland, Esquire
Florida Bar No.: 0088596
ccrossland@pearsonbitman.com
485 N. Keller Rd. Suite 401
Maitland, FL 32751
Telephone: (407) 647-0090
Facsimile: (407) 647-0092
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notice to The Chapter 7 Trustee, Richard M Dauval, P.O. Box 13607, St. Petersburg, FL 33733-3607 and United States Trustee - TPA7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602 and by first class U.S. mail to James Bruce Thornberry and Laura Anne Thornberry, 9305 Wellington Park Circle, Tampa, FL 33647, on this day, March 7, 2014.

    /s/Courtney Crossland
Ronnie J. Bitman, Esquire
Florida Bar No.: 0744891
rbitman@pearsonbitman.com
Courtney Crossland, Esquire
Florida Bar No.: 0088596
ccrossland@pearsonbitman.com
485 N. Keller Rd. Suite 401
Maitland, FL 32751
Telephone: (407) 647-0090
Facsimile: (407) 647-0092
*Attorney for Defendants*