United States Bankruptcy Court
Middle District of Florida

Thornberry,
    Plaintiff                                        Adv. Proc. No. 14-00027-CPM

DLJ Mortgage Capital, Inc.,
       Defendant

# CERTIFICATE OF NOTICE

District/off: 113A-8       User: mallows       Page 1 of 1       Date Rcvd: Mar 06, 2014
                         Form ID: 8advodmd       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2014.
dft          Brandy Hess,    c/o Select Portfolio Servicing, Inc.,    3815 SW Temple,
                Salt Lake City, UT 84115
pla        +James Bruce Thornberry,    9305 Wellington Park Circle,    Tampa, FL 33647-2538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2014 at the address(es) listed below:
NONE.                                                       TOTAL: 0

[8advodmd] [ORDER DENYING MOTION]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No. 8:13–bk–10667–CPM
                                                Chapter 7
James Bruce Thornberry
Laura Anne Thornberry


_____    Debtor(s)    _____/

James Bruce Thornberry



            Plaintiff(s)
                                                Adv. Pro. No. 8:14–ap–00027–CPM

vs.


DLJ Mortgage Capital, Inc.

Brandy Hess
Select Portfolio Servicing, Inc.
Patrick Remmert


_____    Defendant(s)    _____/


ORDER DENYING MOTION FOR ENTRY OF CLERK'S DEFAULT

    THIS ADVERSARY PROCEEDING came on for consideration upon a Motion for Entry of Default filed by
James Bruce Thornberry in the above–styled adversary proceeding. Upon consideration of the record, the Court finds
that:

    ☐  The record is devoid of any evidence that proper service of process has been made in accordance with Fed. R.
Bankr. P. 7004 upon .

    ☐  A responsive pleading has been filed by the Defendant(s).

    ☐  The complaint and summons were not timely served pursuant to Fed. R. Bankr. P. 7004(e).

    ☐  There is no proof of service as required by Fed. R. Bankr. P. 7004(a) and Fed. R. Civ. P. 4(1) evidencing that
the complaint and summons were timely served pursuant to Fed. R. Bankr. P. 7004(e).

    ☐  No affidavit of non–military service has been filed pursuant to Local Rule 7055–2.

    ☐  No affidavit in support of allegations has been filed pursuant to Local Rule 7055–2.

☑ The motion does not include the complete statement in compliance with L.R. 7055−2(c) in that it is missing the following item(s):

☐ service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedure
☑ that no extension of time was sought or obtained by Defendant
☐ that the defendant failed to file a responsive pleading or motion within the time specified
☐ that the movant seeks an entry of default

Accordingly, it is

**ORDERED** that the Motion for Entry of Default is denied without prejudice.

BY THE COURT

Dated:  March 6, 2014

_____
Catherine Peek McEwen
United States Bankruptcy Judge

The Clerk's office is directed to serve a copy of this order on interested parties.