UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                             Case No: 8:13-bk-10667-CPM
                                                    Chapter 7

JAMES BRUCE THORNBERRY
A/K/A JAMES B
A/K/A J BRUCE
A/K/A JB THORNBERRY

LAURA ANNE THORNBERRY
A/K/A LAURA
A/K/A LAURA A THORNBERRY


    Debtors.
_____/

JAMES BRUCE THORNBERRY                     Adv. Pro. No: 8:14-ap-00027-CPM

    **Plaintiff**

    v.

DLJ MORTGAGE CAPITAL, INC.;
PATRICK A. REMMERT;
SELECT PORTFOLIO SERVICING, INC.; and
BRANDY HESS

    **Defendants.**
_____/

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS[1]
AND NOTICES IN ACCORDANCE WITH RULE 2002 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE AND FOR ADDITION TO THE MATRIX**

    PEARSON BITMAN LLP, c/o Courtney Crossland, Esquire, and Ronnie J. Bitman, Esquire as Counsel for DLJ MORTGAGE CAPITAL, INC., SELECT PORTFOLIO SERVICING, INC., PATRICK A. REMMERT, and BRANDY HESS, hereby request service of

---

[1] Amended to add the representation of Patrick A. Remmert and Brandy Hess.

all pleadings, notices and other papers in this case in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and would further request addition to the matrix.

RESPECTFULLY submitted on this day, March 10, 2014.

> PEARSON BITMAN LLP
>
> /s/Courtney Crossland
> Ronnie J. Bitman, Esquire
> Florida Bar No.: 0744891
> rbitman@pearsonbitman.com
> Courtney Crossland, Esquire
> Florida Bar No.: 0088596
> ccrossland@pearsonbitman.com
> 485 N. Keller Rd. Suite 401
> Maitland, FL 32751
> Telephone:  (407) 647-0090
> Facsimile:   (407) 647-0092
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notice to The Chapter 7 Trustee, Richard M Dauval, P.O. Box 13607, St. Petersburg, FL 33733-3607 and United States Trustee - TPA7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602 and by first class U.S. mail to James Bruce Thornberry and Laura Anne Thornberry, 9305 Wellington Park Circle, Tampa, FL 33647, on this day, March 10, 2014.

> /s/Courtney Crossland
> Ronnie J. Bitman, Esquire
> Florida Bar No.: 0744891
> rbitman@pearsonbitman.com
> Courtney Crossland, Esquire
> Florida Bar No.: 0088596
> ccrossland@pearsonbitman.com
> 485 N. Keller Rd. Suite 401
> Maitland, FL 32751
> Telephone:  (407) 647-0090
> Facsimile:   (407) 647-0092
> *Attorneys for Defendants*