**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                               Case No: 8:13-bk-10667-CPM
                                                                                    Chapter 7

JAMES BRUCE THORNBERRY
A/K/A JAMES B
A/K/A J BRUCE
A/K/A JB THORNBERRY

LAURA ANNE THORNBERRY
A/K/A LAURA
A/K/A LAURA A THORNBERRY


    Debtors.
_____/

JAMES BRUCE THORNBERRY                       Adv. Pro. No: 8:14-ap-00027-CPM

    Plaintiff

    v.

DLJ MORTGAGE CAPITAL, INC.;
PATRICK A. REMMERT;
SELECT PORTFOLIO SERVICING, INC.; and
BRANDY HESS

    Defendants.

_____/

**SELECT PORTFOLIO SERVICING, INC.'S CORPORATE OWNERSHIP STATEMENT**

    COMES NOW, Defendant, SELECT PORTFOLIO SERVICING, INC., by and through its undersigned counsel, and hereby files this Corporate Ownership Statement and reports as follows:

    SELECT PORTFOLIO SERVICING, INC. is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the SELECT PORTFOLIO SERVICING, INC.'s equity interests:

DLJ Mortgage Capital, Inc. v. Thornberry
Case No.: 2007-CA-015829
March 10, 2014
Page 2 of 2

SELECT PORTFOLIO SERVICING, INC. is a corporation organized under the laws of the State of Utah, and is a wholly owned subsidiary of SPS Holding Corp., which is not a publicly traded corporation organized under the laws of the State of Delaware. SPS Holding Corp. is wholly owned by Credit Suisse (USA), Inc., which is not a publicly traded corporation organized under the laws of the State of Delaware.

RESPECTFULLY submitted on this day, March 10, 2014.

PEARSON BITMAN LLP

 /s/Courtney Crossland
Courtney Crossland, Esquire
Florida Bar No.: 0088596
ccrossland@pearsonbitman.com
485 N. Keller Rd. Suite 401
Maitland, FL 32751
Telephone:  (407) 647-0090
Facsimile:   (407) 647-0092
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notice to The Chapter 7 Trustee, Richard M Dauval, P.O. Box 13607, St. Petersburg, FL 33733-3607 and United States Trustee - TPA7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602 and by first class U.S. mail to James Bruce Thornberry and Laura Anne Thornberry, 9305 Wellington Park Circle, Tampa, FL 33647, on this day, March 10, 2014.

/s/Courtney Crossland
Courtney Crossland, Esquire
Courtney Crossland, Esquire
Florida Bar No.: 0088596
ccrossland@pearsonbitman.com
485 N. Keller Rd. Suite 401
Maitland, FL 32751
Telephone:  (407) 647-0090
Facsimile:   (407) 647-0092
*Attorneys for Defendants*