**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                          Case No:  8:13-bk-10667-CPM
                                                                                         Chapter 7

JAMES BRUCE THORNBERRY
A/K/A JAMES B
A/K/A J BRUCE
A/K/A JB THORNBERRY

LAURA ANNE THORNBERRY
A/K/A LAURA
A/K/A LAURA A THORNBERRY

        Debtors.
_____/

JAMES BRUCE THORNBERRY                                     Adv. Pro. No:  8:14-ap-00027-CPM

        Plaintiff

        v.

DLJ MORTGAGE CAPITAL, INC.;
PATRICK A. REMMERT;
SELECT PORTFOLIO SERVICING, INC.; and
BRANDY HESS

        Defendants.
_____/

**DLJ MORTGAGE CAPITAL, INC.'S**
**CORPORATE OWNERSHIP STATEMENT**

        COMES NOW, Defendant DLJ MORTGAGE CAPITAL, INC., by and through its undersigned counsel, and hereby files this Corporate Ownership Statement and reports as follows:

DLJ Mortgage Capital, Inc. v. Thornberry
Case No.: 2007-CA-015829
March 11, 2014
Page 2 of 2

DLJ MORTGAGE CAPITAL, INC. is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the DLJ MORTGAGE CAPITAL, INC.'s equity interests:

DLJ MORTGAGE CAPITAL, INC., is a wholly-owned subsidiary of Credit Suisse (USA), Inc. Credit Suisse (USA), Inc is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc., which is jointly-owned by Credit Suisse AG and Credit Suisse Group AG. Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG. The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

RESPECTFULLY submitted on this day, March 11, 2014.

PEARSON BITMAN LLP

 /s/Courtney Crossland
Courtney Crossland, Esquire
Florida Bar No.: 0088596
ccrossland@pearsonbitman.com
485 N. Keller Rd. Suite 401
Maitland, FL 32751
Telephone:  (407) 647-0090
Facsimile:   (407) 647-0092
Attorney for DLJ MORTGAGE CAPITAL, INC., SELECT PORTFOLIO SERVICING, INC., PATRICK A. REMMERT AND BRANDY HESS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notice to The Chapter 7 Trustee, Richard M Dauval, P.O. Box 13607, St. Petersburg, FL 33733-3607 and United States Trustee - TPA7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602 and by first class U.S. mail to James Bruce Thornberry and Laura Anne Thornberry, 9305 Wellington Park Circle, Tampa, FL 33647, on this day, March 11, 2014.

 /s/Courtney Crossland
Courtney Crossland, Esquire