**[8ADVNH]** [Adversary Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No. 8:13−bk−10667−CPM
                                                                          Chapter 7

James Bruce Thornberry
Laura Anne Thornberry

　　　　　Debtor(s)　　　　　/

James Bruce Thornberry

　　　　　Plaintiff(s)
vs.                                                                       Adv. Pro. No. 8:14−ap−00027−CPM

DLJ Mortgage Capital, Inc.

Patrick A. Remmert
Select Portfolio Servicing, Inc.
Brandy Hess

　　　　　Defendant(s)　　　　　/

NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN THAT:

   A hearing will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on April 22, 2014 at 01:30 PM before the Honorable Catherine Peek McEwen , United States Bankruptcy Judge , to consider and act upon the following matter:

   Motion to Dismiss Adversary Proceeding , or in the alternative Motion to Extend Time to Further Respond to Adversary Complaint (Doc. No.28) Filed by Courtney Crossland on behalf of Defendants DLJ Mortgage Capital, Inc., Select Portfolio Servicing, Inc.

   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

 Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

 DATED: March 17, 2014 .

> FOR THE COURT
> Lee Ann Bennett , Clerk of Court
>
> Sam M. Gibbons United States Courthouse
> 801 North Florida Avenue, Suite 555
> Tampa, FL 33602

 The Clerk's office is directed to serve a copy of this order on interested parties.