United States Bankruptcy Court
Middle District of Florida

Thornberry,
    Plaintiff

Adv. Proc. No. 14-00027-CPM

DLJ Mortgage Capital, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-8      User: mallows      Page 1 of 1      Date Rcvd: Apr 23, 2014
                        Form ID: pdfdoc      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2014.
```
dft            Brandy Hess,    c/o Select Portfolio Servicing, Inc.,    3815 SW Temple,
                 Salt Lake City, UT  84115
dft           +DLJ Mortgage Capital, Inc.,    11 Madison Ave.,    Corp Tax Dept.,    New York, NY 10010-3629
pla           +James Bruce Thornberry,    9305 Wellington Park Circle,    Tampa, FL 33647-2538
dft           +Patrick A. Remmert,    In Private Capacity as a man,    c/o DLJ Mortgage Capital, Inc.,
                 11 Madison Ave.,    NY, NY 10010-3643
dft           +Select Portfolio Servicing, Inc.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2014                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2014 at the address(es) listed below:
```
              Courtney  Crossland    on behalf of Defendant Brandy  Hess ccrossland@pearsonbitman.com,
               egish@pearsonbitman.com
              Courtney  Crossland    on behalf of Defendant Patrick A. Remmert ccrossland@pearsonbitman.com,
               egish@pearsonbitman.com
              Courtney  Crossland    on behalf of Defendant   Select Portfolio Servicing, Inc.
               ccrossland@pearsonbitman.com,     egish@pearsonbitman.com
              Courtney  Crossland    on behalf of Defendant   DLJ Mortgage Capital, Inc.
               ccrossland@pearsonbitman.com,     egish@pearsonbitman.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:   Case No. 8: 13 - bk - 10667 - CPM

James Bruce Thornberry
and Laura Anne Thornberry,   Chapter 7

Debtor.*
_____/

James Bruce Thornberry,

Plaintiff(s),   Adv. Pro. No. 8: 14-ap- 27

vs.

DLJ Mortgage Capital, Inc.,
et al.,

Defendant(s).
_____/

## ORDER

THIS PROCEEDING came on for hearing on  April 22 , 2014 upon the

☐ Emergency ☑ Motions ☐ Objection ☐ Application ☐ Order to Show Cause  for Reconsideration of Orders Denying Motions for Entry of Clerks Default (Doc. 24-26), filed by the Plaintiff . For the reasons stated orally and recorded in open court, the ☑ Motions ☐ Objection ☐ Application ☐ Order to Show Cause are:

_____✓_____ Denied

_____ Denied as Moot

_____ Overruled

_____ Sustained

_____ Granted

_____ Approved

_____ Disapproved

_____ Discharged Favorably:

---

* All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Other: **Service of process was improper as to all defendants because service was not compliant with Rule 7004, Federal Rules of Bankruptcy Procedure.**

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

DONE and ORDERED on **April 23, 2014**

BY THE COURT

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

☐ Attorney _____ is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

☑ The Clerk's office is directed to serve a copy of this order on interested parties

2