**[8ADVNH]** [Adversary Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                  Case No. 8:13−bk−10667−CPM
                                                                                        Chapter 7

James Bruce Thornberry
Laura Anne Thornberry

_____Debtor(s)_____/

James Bruce Thornberry

                Plaintiff(s)
vs.                                                                                     Adv. Pro. No. 8:14−ap−00027−CPM

DLJ Mortgage Capital, Inc.

Patrick A. Remmert
Select Portfolio Servicing, Inc.
Brandy Hess

_____Defendant(s)_____/

NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN THAT:

   A hearing will be held in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 on July 7, 2014 at 10:00 AM before the Honorable Catherine Peek McEwen , United States Bankruptcy Judge , to consider and act upon the following matter:

   Motion to Dismiss Adversary Proceeding or Abstain from Hearing Amended Adversary Complaint Filed by Courtney Crossland on behalf of Defendants DLJ Mortgage Capital, Inc., Brandy Hess, Patrick A. Remmert, Select Portfolio Servicing, Inc.(Doc. No. 58) filed by Plaintiff

   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED: June 4, 2014 .

> FOR THE COURT
> Lee Ann Bennett , Clerk of Court
>
> Sam M. Gibbons United States Courthouse
> 801 North Florida Avenue, Suite 555
> Tampa, FL 33602

The Clerk's office is directed to serve a copy of this order on interested parties.