**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                                          Case No:  8:13-bk-10667-CPM
                                                                                                Chapter 7

JAMES BRUCE THORNBERRY
A/K/A JAMES B
A/K/A J BRUCE
A/K/A JB THORNBERRY

LAURA ANNE THORNBERRY
A/K/A LAURA
A/K/A LAURA A THORNBERRY


        Debtors.
_____/

JAMES BRUCE THORNBERRY                                                      Adv. Pro. No:  8:14-ap-
                                                                                                00027- CPM

        Plaintiff

        v.

DLJ MORTGAGE CAPITAL, INC.;
PATRICK A. REMMERT;
SELECT PORTFOLIO SERVICING, INC.; and
BRANDY HESS

        Defendants.
_____/

**ORDER GRANTING MOTION TO**
**DISMISS AND ABSTAINING FROM ADVERSARY**
**PROCEEDING AND ORDER CLOSING ADVERSARY PROCEEDING**

THIS CAUSE having come before the Court on July 7, 2014, and the Court being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. The Defendants' Motion to Dismiss Thornberry's Amended Adversary Proceeding Complaint is GRANTED. Alternatively, and in addition, the Court hereby GRANTS the Defendants' Motion to Abstain.

2. This ruling is without prejudice to Mr. Thornberry to prosecute his claims in a court of competent jurisdiction, which is not the Bankruptcy Court.

3. The Clerk is directed to close this adversary proceeding.

DONE AND ORDERED in Tampa, Florida on: July 10, 2014

*Catherine M. Ewen*

US Bankruptcy Judge
Catherine Peek McEwen

Pearson Bitman, LLP is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.