**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| IN RE: | Case No: 8:13-bk-10667-CPM |
| | Chapter 7 |
| JAMES BRUCE THORNBERRY | |
| A/K/A JAMES B | |
| A/K/A J BRUCE | |
| A/K/A JB THORNBERRY | |
| | |
| LAURA ANNE THORNBERRY | |
| A/K/A LAURA | |
| A/K/A LAURA A THORNBERRY | |
| | |
| Debtors. | |
| _____/ | |
| JAMES BRUCE THORNBERRY | Adv. Pro. No: 8:14-ap-00027-CPM |
| Plaintiff | |
| v. | |
| DLJ MORTGAGE CAPITAL, INC.; | |
| PATRICK A. REMMERT; | |
| SELECT PORTFOLIO SERVICING, INC.; and | |
| BRANDY HESS | |
| Defendants. | |
| _____/ | |

**NOTICE OF SERVING ORDER**

COMES NOW, the Defendants, DLJ MORTGAGE CAPITAL, INC., PATRICK A. REMMERT, SELECT PORTFOLIO SERVICING, INC., and BRANDY HESS, by and through their undersigned counsel, and hereby certifies that a copy of the following document was served on all parties:

    1. The Order Granting Motion to Dismiss and Abstaining From Adversary Proceeding and Order Closing Adversary Proceedings dated July 10, 2014 was served upon parties in this cause, and is being served contemporaneously with this Notice of Serving Order.

RESPECTFULLY submitted on this day, July 16, 2014.

>PEARSON BITMAN LLP
>
>/s/Courtney Crossland
>Ronnie J. Bitman
>Florida Bar No.: 744891
>rbitman@pearsonbitman.com
>Courtney Crossland, Esquire
>Florida Bar No.: 0088596
>ccrossland@pearsonbitman.com
>485 N. Keller Rd. Suite 401
>Maitland, FL 32751
>Telephone: (407) 647-0090
>Facsimile: (407) 647-0092
>Attorneys for DLJ MORTGAGE CAPITAL, INC.; SELECT PORTFOLIO SERVICING, INC.; PATRICK A. REMMERT; and BRANDY HESS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notice to The Chapter 7 Trustee, Richard M Dauval, P.O. Box 13607, St. Petersburg, FL 33733-3607 and United States Trustee - TPA7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602 and by first class U.S. mail to James Bruce Thornberry and Laura Anne Thornberry, 9305 Wellington Park Circle, Tampa, FL 33647, on this day, _____.

>PEARSON BITMAN LLP
>
>/s/Courtney Crossland
>Ronnie J. Bitman
>Florida Bar No.: 744891
>rbitman@pearsonbitman.com
>Courtney Crossland, Esquire
>Florida Bar No.: 0088596
>ccrossland@pearsonbitman.com
>485 N. Keller Rd. Suite 401
>Maitland, FL 32751
>Telephone: (407) 647-0090
>Facsimile: (407) 647-0092
>Attorneys for DLJ MORTGAGE CAPITAL, INC.; SELECT PORTFOLIO SERVICING, INC.; PATRICK A. REMMERT; and BRANDY HESS

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                             Case No: 8:13-bk-10667-CPM
                                                                   Chapter 7
JAMES BRUCE THORNBERRY
A/K/A JAMES B
A/K/A J BRUCE
A/K/A JB THORNBERRY

LAURA ANNE THORNBERRY
A/K/A LAURA
A/K/A LAURA A THORNBERRY


        Debtors.
_____/

JAMES BRUCE THORNBERRY                                             Adv. Pro. No: 8:14-ap-
                                                                   00027- CPM

        Plaintiff

        v.

DLJ MORTGAGE CAPITAL, INC.;
PATRICK A. REMMERT;
SELECT PORTFOLIO SERVICING, INC.; and
BRANDY HESS

        Defendants.

_____/

ORDER GRANTING MOTION TO
DISMISS AND ABSTAINING FROM ADVERSARY
PROCEEDING AND ORDER CLOSING ADVERSARY PROCEEDING

THIS CAUSE having come before the Court on July 7, 2014, and the Court being

otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. The Defendants' Motion to Dismiss Thornberry's Amended Adversary Proceeding Complaint is GRANTED. Alternatively, and in addition, the Court hereby GRANTS the Defendants' Motion to Abstain.

2. This ruling is without prejudice to Mr. Thornberry to prosecute his claims in a court of competent jurisdiction, which is not the Bankruptcy Court.

3. The Clerk is directed to close this adversary proceeding.

DONE AND ORDERED in Tampa, Florida on: July 10, 2014

_____
US Bankruptcy Judge
Catherine Peek McEwen

Pearson Bitman, LLP is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.